**Dennis Larson LOOP, Appellant,**

v.

**HENNEPIN COUNTY; Hennepin County Sheriff's Department; City of Minneapolis; Jeff Burchett; Dan Antisdel; Rick Palaia; Craig Martin; Todd Turpitt; Ken Vinuk, Appellees.**

No. 06-1340.

United States Court of Appeals, Eighth Circuit.

Submitted: May 22, 2007.

Filed: May 30, 2007.

Dennis Larson Loop, Minneapolis, MN, pro se.

Toni Ann Bunker Beitz, Hennepin County Attorney's Office, Minneapolis, MN, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Dennis Larson Loop appeals the district court's [1] dismissal of this 42 U.S.C. § 1983 action. Following careful de novo review, *see Levy v. Ohl,* 477 F.3d 988, 991 (8th Cir.2007), we affirm the dismissal for the

reasons stated by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.